UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 21-1232-DMG (PDx)** | Date **March 25, 2021** |

Title *Jeremy Holland v. Dina J. Nichols*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of Plaintiff's Notice of Voluntary Dismissal filed on March 25, 2021 [Doc. # 15], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  The scheduling conference on May 7, 2021 is VACATED.

IT IS SO ORDERED.